IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-03080-WYD-BNB | Date: March 11, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| ACA INSURANCE CO.<br>**Plaintiff(s)** | *Carol L. Thomson* |
| v. | |
| ANNE RICE<br>**Defendant(s)** | *Erin Kristofco* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:03 a.m.

Appearance of counsel.

Argument presented on [19] Defendant/Counterclaim Plaintiff's Motion to Compel Production of Documents.

**ORDERED:** The Court accepts documents for in camera review and [19] Defendant/Counterclaim Plaintiff's Motion to Compel Production of Documents is TAKEN UNDER ADVISEMENT.

Argument presented on [23] Plaintiff's Motion to Amend Complaint and Response to Counter-Claim.

**ORDERED:** [23] Plaintiff's Motion to Amend Complaint and Response to Counter-Claim is GRANTED. The Clerk of Court is directed to accept Amended Complaint for filing.

Court in Recess: 10:46 a.m.   Hearing concluded.   Total time in Court: 00:43

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119