IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-03080-WYD-BNB

ACA INSURANCE CO., an Indiana corporation d/b/a AAA Fire & Casualty Insurance Company,

Plaintiff,

v.

ANNE RICE,

Defendant.

---

**ORDER**

---

This matter arises on the **Plaintiff's Motion to Amend Complaint and Response to Counter-Claim** [Doc. # 23, filed 2/25/2013] (the "Motion to Amend"). I held a hearing on the motion to amend this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 23] is GRANTED; and

(2) The Clerk of the Court is directed to accept for filing the Amended Complaint and Response to Counterclaim [Doc. # 23-3].

Dated March 11, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge