IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-03080-WYD-BNB

ACA INSURANCE CO., an Indiana corporation d/b/a AAA Fire & Casualty Insurance Company,

      Plaintiff,

v.

ANNE RICE,

      Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      On March 11, 2013, Magistrate Judge Boland granted Plaintiff's Motion to Amend Complaint and accepted the Amended Complaint for Filing.  On February 1, 2013, Defendant filed her Motion to Enforce Appraisal Award based on the claims asserted in the original Complaint.  Accordingly, in light of the filing of the Amended Complaint, the Motion to Enforce Appraisal Award (ECF No. 18) is now moot and thus, **DENIED WITHOUT PREJUDICE.**

      Dated:  March 11, 2013