IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03080-WYD-BNB

ACA INSURANCE CO., an Indiana corporation d/b/a AAA Fire & Casualty Insurance Company,

Plaintiff,

v.

ANNE RICE,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Defendant's First Unopposed Motion to Amend Scheduling Order Deadlines by 30 Days** [docket no. 46, filed June 11, 2013] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

　　　Expert Witness Disclosures:
　　　　　　The parties shall designate all experts and provide
　　　　　　counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
　　　　　　on or before **July 17, 2013**;

　　　　　　The parties shall designate all rebuttal experts and provide
　　　　　　opposing counsel with all information specified in Fed. R. Civ. P.
　　　　　　26(a)(2) on or before **August 16, 2013**;

　　　Discovery Cut-Off:　　　　　　**September 30, 2013**;
　　　Dispositive Motion Deadline:　**October 30, 2013**.

　　　IT IS FURTHER ORDERED that the Pretrial Conference set for November 18, 2013, is **vacated and reset to January 7, 2014, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **December 31, 2013**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: June 11, 2013