IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-03080-WYD-BNB

ACA INSURANCE CO., an Indiana corporation, d/b/a AAA Fire & Casualty Insurance Company,

   Plaintiff,

v.

ANNE RICE,

   Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Plaintiff/Counterclaim Defendant and Defendant/Counterclaim Plaintiff's Joint Motion to Dismiss all Claims and Counterclaims with Prejudice (ECF No. 65).  After carefully reviewing the file in the above-captioned case, I find that the motion should be granted and this matter dismissed with prejudice pursuant to Fed. R. Civ. 41.  Accordingly, it is

ORDERED that the Joint Motion to Dismiss all Claims and Counterclaims with Prejudice (ECF No. 65) is **GRANTED.**  It is

FURTHER ORDERED that all Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** with each party to pay its respective costs and attorney fees.  It is

FURTHER ORDERED that all counterclaims against Plaintiff are **DISMISSED WITH PREJUDICE** with each party to pay its respective costs and attorney fees.  The Clerk of the Court shall close this case.

Dated: November 6, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge