IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-03080-WYD-BNB

ACA INSURANCE CO., an Indiana corporation, d/b/a AAA Fire & Casualty Insurance Company,

 Plaintiff,

v.

ANNE RICE,

 Defendant, and

ANNE RICE,

 Counter-claim Plaintiff,

v.

ACA INSURANCE CO., an Indiana corporation, d/b/a AAA Fire & Casualty Insurance Company,

 Counter-claim Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO VACATE APPRAISAL AWARD**

---

 The Court has reviewed the parties' Stipulated Motion to Vacate Appraisal Award and hereby **GRANTS** the Motion.  (ECF No. 63).  The Appraisal Award at issue in this matter is hereby **VACATED**.

 Dated:   November 7, 2013

            BY THE COURT:

            s/ Wiley Y. Daniel
            WILEY Y. DANIEL,
            SENIOR UNITED STATES DISTRICT JUDGE